# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  :  Case No. 3:08-po-040

  -vs-                                               Magistrate Judge Michael R. Merz

JOSEPH C. HARRIS,

      Defendant.

## RESPONSE TO CORRESPONDENCE

This case is before the Court on receipt of correspondence from Defendant to the Clerk (Doc. No. 21). Defendant wants to be assured that nothing in this case will prevent him from being eligible for transitional control in the matter in which he is now incarcerated at North Central Correctional Complex.

Earlier this month Defendant filed a *pro se* Motion to Terminate Probation (Doc. No. 19) which the Court denied (Doc. No. 20). Defendant's correspondence does not indicate that he has seen the Order Denying Termination. This Court cannot control what policies the State of Ohio has adopted for transitional control. It will therefore repeat the advice given in the Order Denying Termination: if Defendant wishes the Court do to anything about this case before he is released to federal custody on the outstanding warrant, he should have his attorney file for that Court action.

The Clerk will send copies of this Order and the Order Denying Termination to Defendant separately from the copies provided to his counsel.

February 28, 2012.

                                                                       s/ **Michael R. Merz**
                                                                     United States Magistrate Judge