# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),     :     Case No. 3:08po40

 - vs -                                Magistrate Judge Michael R. Merz

JOSEPH HARRIS,

        Defendant(s).     :

## ORDER REVOKING PROBATION

This case came on for hearing on June 13, 2012, on report of the Probation Officer that Defendant had violated the conditions of his probation by being convicted in Case #2008-cr-4309 of robbery and possession of cocaine.

Defendant admitted the violations of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant's probation is revoked and he is remanded to the custody of the Attorney General of the United States for a term of five (5) days to run concurrently with the sentence presently being served in the North Central Correctional Complex.

June 13, 2012

                                                             **s/ Michael R. Merz**
                                                           United States Magistrate Judge